IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| UNITED STATES OF AMERICA, | CR 16–23–BU–DLC–01 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHARLTON VICTOR CAMPBELL, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said motion and being fully advised in the premises finds:

THAT the United States and the Defendant, CHARLTON VICTOR CAMPBELL, entered into a plea agreement that provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853;

THAT prior to the disposition of the assets, the United States Marshal's Service, or its designated sub-custodian, is required to seize the forfeited property; and

THAT 21 U.S.C. § 853(n)(1) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical,

-1-

direct written notice of the forfeiture and the United States' intent to dispose of the property.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Plaintiff's Unopposed Motion for Forfeiture of Property (Preliminary) (Doc. 79) is GRANTED;

THAT the Defendant, CHARLTON VICTOR CAMPBELL'S, interest in any real or personal property derived from any proceeds obtained, directly and indirectly, as a result of the violation of Count I of the Indictment, and any property traceable to such property, is forfeited to the United States in accordance with 21 U.S.C. § 853. That property consists specifically of:

- $30,000 in United States Currency;
- Commercial property located at 160 Zoot Way, Bozeman, Montana 59718, more fully described as Unit 160 of the West Gallatin Commercial Condominiums, located on Lot 4 of Corners Four Business Park, No. 2, Gallatin County, Montana;
- Commercial property located at 160 A Zoot Way, Bozeman, Montana 59718, more fully described as Unit A of the West Gallatin Commercial Condominiums, located on Lot 4 of Corners Four Business Park, No. 2, Gallatin County, Montana;

- Commercial property located at 160 B Zoot Way, Bozeman, Montana 59718, more fully described as Unit B of the West Gallatin Commercial Condominiums, located on Lot 4 of Corners Four Business Park, No. 2, Gallatin County, Montana;
- Commercial property located at 160 C Zoot Way, Bozeman, Montana 59718, more fully described as Unit C of the West Gallatin Commercial Condominiums, located on Lot 4 of Corners Four Business Park, No. 2, Gallatin County, Montana;

THAT the United States Department Marshal's Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been

completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

Dated this 20th day of March, 2017.

Dana L. Christensen, Chief Judge
United States District Court