**JOSEPH E. THAGGARD**
**TARA J. ELLIOTT**
**Assistant U.S. Attorneys**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2nd Floor**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**Email: Joseph.Thaggard@usdoj.gov**
         **Tara.Elliott@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**CHARLTON VICTOR CAMPBELL,**<br><br>　　　　　　　　**Defendant.** | **CR 16-23-BU-DLC**<br><br><br>**<u>NOTICE OF LIS PENDENS</u>** |

TO ALL WHOM IT MAY CONCERN:

1

PLEASE TAKE NOTICE that on September 27, 2016, an action was commenced in the above-entitled Court by the above-named plaintiff against certain property brought for forfeiture of the below-described property pursuant to 21 U.S.C. § 856 and 21 U.S.C. § 853 and Rule 32(b)(2) of the Federal Rules of Criminal Procedure;

That the property covered by said forfeiture action and affected by this suit is situated in said County of Gallatin, State of Montana, and is described as follows, to-wit:

- Commercial property located at 160 Zoot Way, Bozeman, Montana 59718, more fully described as Unit 160 of the West Gallatin Commercial Condominiums, located on Lot 4 of Corners Four Business Park, No. 2, Gallatin County, Montana;

- Commercial property located at 160 A Zoot Way, Bozeman, Montana 59718, more fully described as Unit A of the West Gallatin Commercial Condominiums, located on Lot 4 of Corners Four Business Park, No. 2, Gallatin County, Montana;

- Commercial property located at 160 B Zoot Way, Bozeman, Montana 59718, more fully described as Unit B of the West Gallatin Commercial Condominiums, located on Lot 4 of Corners Four

Business Park, No. 2, Gallatin County, Montana; and

- Commercial property located at 160 C Zoot Way, Bozeman, Montana 59718, more fully described as Unit C of the West Gallatin Commercial Condominiums, located on Lot 4 of Corners Four Business Park, No. 2, Gallatin County, Montana,

according to the official map or plat thereof on file and of record in the office of the Clerk and Recorder of said County, together with all improvements, tenements, hereditaments, rights, privileges, and appurtenances thereto belonging or used in connection therewith.

DATED this 31st day of March, 2017.

> LEIF M. JOHNSON
> Acting United States Attorney
>
> */s/ Joseph E. Thaggard*
> Assistant U.S. Attorney
> Attorney for Plaintiff