

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–23–BU–DLC–01 |
| Plaintiff, | |
| vs. | ORDER |
| CHARLTON VICTOR CAMPBELL, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for final order of forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853.

2. A preliminary order of forfeiture was entered on March 20, 2017. (Doc. 86.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 103.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 116) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the

United States pursuant to 21 U.S.C. § 853, free from the claims of any other party, the following property:

- $30,000 in United States Currency;
- Commercial property located at 160 Zoot Way, Bozeman, Montana 59718, more fully described as Unit 160 of the West Gallatin Commercial Condominiums, located on Lot 4 of Corners Four Business Park, No. 2, Gallatin County, Montana;
- Commercial property located at 160 A Zoot Way, Bozeman, Montana 59718, more fully described as Unit A of the West Gallatin Commercial Condominiums, located on Lot 4 of Corners Four Business Park, No. 2, Gallatin County, Montana;
- Commercial property located at 160 B Zoot Way, Bozeman, Montana 59718, more fully described as Unit B of the West Gallatin Commercial Condominiums, located on Lot 4 of Corners Four Business Park, No. 2, Gallatin County, Montana; and
- Commercial property located at 160 C Zoot Way, Bozeman, Montana 59718, more fully described as Unit C of the West Gallatin Commercial Condominiums, located on Lot 4 of Corners Four Business Park, No. 2, Gallatin County, Montana.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 7th day of July, 2017.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court