

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–23–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHARLTON VICTOR CAMPBELL and MICHAEL JAMES MASON, | |
| Defendants. | |

The United States having filed an Unopposed Motion to Dismiss Forfeiture Items (Doc. 135),

IT IS ORDERED that the Unopposed Motion to Dismiss Forfeiture Items (Doc. 135) is GRANTED.

IT IS FURTHER ORDERED that two items listed in the Indictment (Doc. 1) as items of forfeiture, namely (1) 152 Zoot Way, Bozeman, Montana 59718, more fully described as United 152 of the West Gallatin Commercial Condominiums, located on Lot 4 of Corners Four Business Park, No. 2, Gallatin County, Montana and (2) 154 Zoot Way, Bozeman, Montana 59718, more fully described as Unit 154 of the West Gallatin Commercial Condominiums, located on

Lot 4 of Corners Four Business Park, No. 2, Gallatin County, Montana, will no longer be forfeited and are dismissed as items of forfeiture.

DATED this 28th day of November, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court